# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

AMRO ELANSARI,                                    :    No. 135 MM 2020
                                                  :
                            Petitioner            :
                                                  :
                                                  :
              v.                                  :
                                                  :
                                                  :
CHESTER COUNTY DISTRICT                           :
ATTORNEY'S OFFICE, WEST GOSHEN                     :
MAGISTRATE COURT,                                 :
                                                  :
                          Respondents             :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2020, the Application for Leave to File Original Process is GRANTED, and the "Petition for the Issuance of a Writ of Mandamus" is DENIED.